IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03417-KLM

DANIEL STROM,

    Plaintiff,

v.

PHIL WEISER, the Attorney General of the State of Colorado;
COLORADO DIVISION OF HUMAN RESOURCES,
RAMONA GOMILL, Chief Human Resources Officer - Colorado Division of Human
  Resources, in her official and individual capacity, and
MARKIE DAVIS, State Risk Manager, in her official and individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' Stipulation of Final Judgment, Release, and Waiver of Attorney Fees and Costs [#28] (the "Stipulation"), which the Court construes to include a Motion to Approve the Stipulation ("the Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. The Stipulation [#28] is **APPROVED**. Judgment shall enter in favor of Defendants and against Plaintiff, and each side shall pay their own fees and costs.

    Dated:  March 18, 2022